UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNON BOCZKOWSKI,
    Plaintiff,

 -vs-                                                          Case No. 2:15-cv-10189
                                                                  Hon. Paul D. Borman
                                                                  Magistrate Judge: R. Steven Whalen

ALLIED INTERSTATE, LLC,
NATIONAL ENTERPRISE SYSTEMS, INC.,
    Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against Allied Interstate, LLC are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

SO ORDERED.

                                                                          s/Paul D. Borman
                                                                          PAUL D. BORMAN
                                                                          UNITED STATES DISTRICT JUDGE

Dated:  November 18, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 18, 2015.

                                        s/Deborah Tofil
                                        Case Manager

Stipulated To By:

| s/ Julie A. Petrik | s/ by consent David Schultz |
|---|---|
| Julie A. Petrik (P47131) | David Schultz |
| Attorney For Plaintiff | Attorney for Allied Interstate, LLC |
| Lyngklip & Associates Consumer Law Center, PLC | Hinshaw & Culbertson, LLP |
| Southfield, MI 48075 | 222 North LaSalle Street |
| PH: (248) 208-8864 | Chicago, IL 60601 |
| Julie@MichiganConsumerLaw.Com | (312) 704-3000 |
| | dschultz@hinshawlaw.com |